**Order entered March 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00031-CV

### ROBERT PHALEN, Appellant

### V.

### WAYNE KIRK, ET AL., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00528**

## ORDER

By order dated February 25, 2015, the Court ordered Felicia Pitre, District Clerk of Dallas County, Texas to file a supplemental clerk's record including the original petition in intervention in this case. By letter dated March 4, 2015, the district clerk's office responded that the "Original Petition in Intervention requested to be sent as a supplemental clerk's record is listed on the index as no. 5 of the original Clerk's Record" filed in this Court on February 11, 2015. Inspection of the clerk's record reveals that the document listed as item number five on the index of the clerk's record is identified as "Order on Defendants' Joint Motion to Sever and Stay Claims of Plaintiff Jamie Davis and to Sever Claims of Plaintiff Robert Phalen, January 15, 2013." Further inspection of the clerk's record reveals that the "Original Petition in Intervention" dated September 20, 2012 and Plaintiffs' Sixth Amended Original Petition are

included in the clerk's record between items number five and item six, the trial court's June 7, 2013 "Order to Vacate & Reinstate," but that neither pleading is bookmarked or included in the index of the clerk's record. So that the clerk's record is useable by the Court and the parties, the Court **ORDERS** Felicia Pitre, District Clerk of Dallas County, Texas to file within **FIVE (5) days of the date of this order** a corrected clerk's record that includes both documents in the index and the bookmarks of the clerk's record.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE